IN THE SUPREME COURT OF TEXAS








IN THE SUPREME COURT OF TEXAS
 
════════════
No. 04-0015
════════════
 
In re Terex Corp., Terex 
Cranes, Inc., Harnischfeger Corp.,
Anthony Crane Rental D/b/a 
Maxim Crane Works, Curtis Shiflet, David Keener, Keith Clark, and Crane & 
Rigging Consultants, Inc., Relators
 
════════════════════════════════════════════════════
On Petition for Writ of 
Mandamus
════════════════════════════════════════════════════
 
 
PER 
CURIAM
 
 
            
The issue in this original proceeding is whether section 15.007 of the 
Civil Practice and Remedies Code authorizes a statutory probate court to 
transfer a wrongful death and survival case to itself under section 5B of the 
Probate Code when venue is improper under chapter 15 of the Civil Practice and 
Remedies Code in the county where the probate court is located and a party 
objects. Because we answered this question in the negative in our opinions 
released today in Gonzalez v. Reliant Energy, Inc.[1] 
and In re Reliant Energy, Inc.,[2] 
we hold in this case that the El Paso County probate court erred in transferring 
a wrongful death action from a Tarrant County district court to itself under 
section 5B of the Probate Code.[3] 
Venue was improper in El Paso County under chapter 15 of the Civil Practice and 
Remedies Code.[4] 

Pursuant to 
Texas Rule of Appellate Procedure 52.8(c), we issue this opinion without hearing 
oral argument[5] 
and conditionally grant mandamus relief directing the El Paso County Probate 
Court to vacate its order granting the motion to transfer. Our writ will issue 
only if the probate court fails to act in accordance with this opinion.  
 
 
 
OPINION 
DELIVERED:         
March 11, 2005




[1] ___ S.W.3d ___ (Tex. 2005). 


[2] ___ S.W.3d ___ (Tex. 2005). 


[3] Act of May 20, 1999, 76th Leg., R.S., ch. 1431, ' 1, 1999 Tex. Gen. Laws 4876, 4876 (amended 2003) 
(current version at Tex. Prob. Code 
' 5B).  

[4] Tex. Civ. Prac. 
& Rem. Code ' 15.002. 

[5] Tex. R. App. 
P. 52.8(c).